UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DIANE SIMMONS, CONNIE SKIDMORE,           :
SUSAN SMITS, DIANE SNEED, MARY            :
STANGLE, LAUREL STARR, DARLENE            :
STEVENS, DONNA STEVENS, SUZAN             :
STITCHICK, ROA SUMLER, DALE               :
THOMPSON, DELORES THOMPSON,               :
MILDRED THOMPSON, BARRY TRUMAN,           :
FRANCES DIANE TRUSSELL, SANDRA            :
TUCK, ALICE TURNER, CLEMENTINE            :
TYSON, SUSAN UZELAC, TONYA OSBORNE        :
VAN DYKE,                                 :
                                          :
       Plaintiffs.                        :     Civil Action
v.                                        :     No. 04-11257-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
       Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004
    Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.