UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DIANE SIMMONS, CONNIE SKIDMORE, :
SUSAN SMITS, DIANE SNEED, MARY
STANGLE, LAUREL STARR, DARLENE :
STEVENS, DONNA STEVENS, SUZAN
STITCHICK, ROA SUMLER, DALE :
THOMPSON, DELORES THOMPSON,
MILDRED THOMPSON, BARRY TRUMAN, :
FRANCES DIANE TRUSSELL, SANDRA
TUCK, ALICE TURNER, CLEMENTINE :
TYSON, SUSAN UZELAC, TONYA OSBORNE :
VAN DYKES,
     :
    Plaintiffs,     :     Civil Action
v.     :     No. 04-11257-GAO
     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :
     :
    Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 2, 2004                           Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:                                         One Beacon Street
Barbara Wrubel                                      Boston, Massachusetts 02108
Katherine Armstrong                                 (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                      Counsel for Defendant
                                                    Indevus Pharmaceuticals, Inc.