UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DIANE SIMMONS, CONNIE SKIDMORE, SUSAN SMITS, DIANE SNEED, MARY STANGLE, LAUREL STARR, DARLENE STEVENS, DONNA STEVENS, SUZAN STITCHICK, ROA SUMLER, DALE THOMPSON, DELORES THOMPSON, MILDRED THOMPSON, BARRY TRUMAN, FRANCES DIANE TRUSSELL, SANDRA TUCK, ALICE TURNER, CLEMENTINE TYSON, SUSAN UZELAC, TONYA OSBORNE VAN DYKES,<br><br>         Plaintiffs,<br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>         Defendants. | Civil Action<br>No. 04-11257-GAO |

---

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 2, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.